UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| LINCOLN ELECTRIC COMPANY, | ) | Case No. 1:06-CV-02981 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE ANN ALDRICH |
| | ) | |
| MILLER ELECTRIC MFG. CO., et al., | ) | |
| | ) | |
| Defendants. | ) | <u>ORDER</u> |

On December 13, 2006, Lincoln Electric Company ("Lincoln") filed a request for *inter partes* reexamination of seven of Illinois Tool Works Inc.'s ("ITW") patents with the United States Patent and Trademark Office (the "PTO"). On September 7, 2007, this court granted ITW's motion for a stay. This court directs the parties to immediately inform the court when the PTO reexamination is completed. Until that time, this case shall remain STAYED and administratively CLOSED, subject to reopening upon written motion by any of the parties.

IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　*/s/Ann Aldrich*
　　　　　　　　　　　　　　　　　　　　　　　ANN ALDRICH
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

　　　　　　　　　　　　　　　　　　　　　　　**Dated: August 7, 2009**